IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THADDEUS JASON KAROW,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

v.                                                     14-cv-395-jdp

THE ESTATE OF KATHRYN R. HEYDE,
PATRICIA HAZUGA, DR. JOAN HANNULA,
JEFFREY PUGH, REED RICHARDSON,
LAUREN NELSON-BOBB,
EMILY BOWE, ANDREW HAND,
DEREK RAISANEN, ROSE SEICHTER,
PETER WALTER, MICHAEL SNIDER,
JAMES CLARK, SCOTT RUEHRDANZ,
SHAWN KIEFFER, WARREN DOHMS, JR.,
SANDRA COOPER, ERIC SPECKHART,
MICHAEL KASTEN, RORY TABER, JR. and
JAMES LAUNDERVILLE,

    Defendants.

      This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants The Estate of Kathryn R. Heyde, Patricia Hazuga, Dr. Joan Hannula, Jeffrey Pugh, Reed Richardson, Lauren Nelson-Bobb, Emily Bowe, Andrew Hand, Derek Raisnen, Rose Seichter, Peter Walter, Michael Snider, James Clark, Scott Ruehrdanz, Shawn Kieffer, Warren Dohms, Jr., Sandra Cooper, Eric Speckhart, Michael Kasten, Roy Taber, Jr. and James Launderville granting their motion for summary judgment and dismissing this case.

| /s/ | 3/30/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |